ORIGINAL

FILED IN CHAMBERS
U.S.D.C. Atlanta

APR 17, 2012

JAMES N. HATTEN, Clerk
By: R. Wade-Child
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | NO. 1:12-MJ-501-JFK |
| RYAN RAWLS, | : | |
| a/k/a "jootgatter," | : | |

### GOVERNMENT'S MOTION FOR DETENTION

Comes now the United States of America, by and through its counsel, Sally Quillian Yates, United States Attorney, and Mary C. Roemer, Assistant United States Attorney for the Northern District of Georgia, and pursuant to 18 U.S.C. §§ 3142(e) and (f) moves for detention for the above-captioned defendant.

1. Eligibility of Case.

This case is eligible for a detention order because this case involves (check all that apply):

_____    Crime of violence (18 U.S.C. § 3156)

_____    Maximum sentence of life imprisonment or death

__X__    10 + year drug offense

_____    Felony, with two prior convictions in the above categories

_____    Serious risk the defendant will flee

_____    Serious risk of obstruction of justice

2.  Reason for Detention.

The Court should detain defendant because there are no conditions of release that will reasonably assure (check one or both):

__X__   Defendant's appearance as required

__X__   Safety of any other person and the community

3.  Rebuttable Presumption.

The United States will invoke the rebuttable presumption against defendant under § 3142(e). The presumption applies because there is probable cause to believe defendant committed 10 + year drug offense.

4.  Time for Detention Hearing.

The United States requests the Court conduct the detention hearing:

_____   At the initial appearance.

__X__   After continuance of __3__ days (not more than 3).

The Government requests leave of Court to file a supplemental motion with additional grounds or presumption for detention should this be necessary.

Dated: this 17th day of April, 2012.

                                     Respectfully submitted,

                                     SALLY QUILLIAN YATES
                                     UNITED STATES ATTORNEY

                                     MARY C. ROEMER
                                     ASSISTANT U.S. ATTORNEY
                                     600 U.S. Courthouse
                                     75 Spring Street, SW
                                     Atlanta, Georgia 30303
                                     (404)581-6265
                                     Ga. Bar No. 611790

CERTIFICATE OF SERVICE

This is to certify that I have this day served upon the person listed below a copy of the foregoing document by hand delivery:

    Nicole Kaplan

This 17th day of April, 2012.

                      MARY C. ROEMER
                      ASSISTANT UNITED STATES ATTORNEY